# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 00-1004

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | Appeal from the United States |
| | * | District Court for the |
| v. | * | District of Nebraska. |
| | * | |
| Sheldon H. Thomas, | * | **[UNPUBLISHED]** |
| | * | |
| Appellant. | * | |

_____

Submitted: May 24, 2000
Filed: May 30, 2000

_____

Before McMILLIAN, LOKEN, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.

Sheldon Thomas appeals the 121-month sentence imposed by the district court[1] after he pleaded guilty to conspiring to distribute cocaine base, in violation of 21 U.S.C. § 846. Thomas raises one issue on appeal, that his sentence is excessive because the sentencing disparity between cocaine base and powder cocaine lacks a rational basis. However, this court has repeatedly rejected that contention and as a panel we are not free to revisit the issue. See, e.g., United States v. Clary, 34 F.3d 709,

_____

[1]The HONORABLE JOSEPH H. BATAILLON, United States District Judge for the District of Nebraska.

712 (8th Cir. 1994) (collecting cases), <u>cert. denied</u>, 513 U .S. 1182 (1995). Accordingly, we affirm.

A true copy.

Attest:

CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT.